# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

ESTATE OF JOHN LEW BROWN, deceased, through Clinton L. Brown as the Administrator of his Estate,

*Plaintiff*

v.

FERRY COUNTY, PETER C. BRANDON, KARIN HALL, and FERRY COUNTY SHERIFF RAY MAYCUMBER,

*Defendant*

Civil Action No. 2:19-CV-00283-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Joint Motion for Summary Judgment, ECF 17, is GRANTED, in part. Judgment is entered for Defendants with respect to Plaintiff's Fourteenth Amendment Due Process claim. The remaining state law claims are remanded to Lincoln County Superior Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for summary judgment.

Date: 6/8/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez